```
                IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW JERSEY
                          CAMDEN VICINAGE
```

| | |
|---|---|
| NEXTEL SPECTRUM ACQUISITION CORP., | |
| Plaintiff, | Civil No. 08-722-RMB-AMD |
| v. | |
| BURLINGTON COUNTY COLLEGE, | |
| Defendant. | |

## SCHEDULING ORDER

This Scheduling Order confirms the directives given to counsel during the telephone status conference on August 5, 2008; and the Court noting the following appearances: Steven A. Haber, Esquire, appearing on behalf of the plaintiff; and Betsy G. Ramos, Esquire, appearing on behalf of the defendant.

IT IS this **5th** day of **August 2008,** hereby **ORDERED:**

1. The Court will conduct a telephone status conference on **January 26, 2009 at 11:00 A.M.**. Counsel for plaintiff shall initiate the telephone call.

s/ Ann Marie Donio
ANN MARIE DONIO
United States Magistrate Judge

cc: Hon. Renée Marie Bumb